# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2835

United States of America

Appellee

v.

Michael R. Hoeft

Appellant

___

Appeal from U.S. District Court for the District of South Dakota - Southern
(4:21-cr-40163-KES-1)

___

**ORDER**

The petition for rehearing en banc is denied. The petition for rehearing by the panel is also denied.

July 03, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
___
  /s/ Maureen W. Gornik